**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

MICHAEL F. TUR, individually and
as Personal Representative of the
Estate of Christopher Tur, deceased,
et al.,

        Plaintiffs,

v.                                        Case No.  3:21-cv-483-MMH-JRK

JOHN R. NETTLETON, et al.,

        Defendants.

# O R D E R

**THIS CAUSE** is before the Court sua sponte.  Upon review of Captain Nettleton's Motion to Dismiss and Incorporated Memorandum of Law (Doc. 18) and Captain Nettleton's Motion to Stay with Incorporated Memorandum of Law (Doc. 19) (collectively, the "Motions"), both filed on June 19, 2021, the Court finds that counsel for Defendant has failed to comply with the new typography requirements set forth in the recently amended Local Rules of the United States District Court for the Middle District of Florida (Local Rule(s)), which took effect on February 1, 2021.  See Local Rule 1.08(a)-(b).  As such, the Motions are due to be stricken and Defendant permitted the opportunity to amend the Motions to comply with the Local Rules of this Court.  Indeed, the Court directs all

1

counsel of record in this case to review the requirements set forth in Local Rule 1.08 and ensure that all future filings are in compliance.[1]

**ORDERED:**

1. Captain Nettleton's Motion to Dismiss and Incorporated Memorandum of Law (Doc. 18) and Captain Nettleton's Motion to Stay with Incorporated Memorandum of Law (Doc. 19) are STRICKEN.

2. Defendant shall have up to and including **July 12, 2021**, to file a motion to dismiss and motion to stay that complies with the Local Rules of this Court.

**DONE AND ORDERED** at Jacksonville, Florida this 22nd day of June, 2021.

*[signature]*
MARCIA MORALES HOWARD
United States District Judge

lc28
Copies:

Pro Se Parties
Counsel of record

---

[1] The Court cautions counsel that the amended Local Rules contain numerous, significant changes. Counsel should review the Local Rules and, to familiarize themselves with key changes, are encouraged to review the "Video Presentation on New Local Rules" available on the Middle District of Florida website at www.flmd.uscourts.gov/local-rules.

2