UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

Case No.: 3:21-cv-00483-MMH-JRK

MICHAEL F. TUR, individually
and as Personal Representative of the Estate of
CHRISTOPHER TUR, deceased

ALINE M. BYRNES, individually
and as Personal Representative of the Estate of
CHRISTOPHER TUR, deceased

ANN MARIE TUR, individually

HENRY P. TUR, JR., individually

    *Plaintiffs*

        vs.

JOHN R. NETTLETON
LARA M. SABANOSH;
KELLY WIRFEL

    *Defendants*

_____/

## NOTICE OF DISMISSAL OF ALL CLAIMS AGAINST DEFENDANT KELLY WIRFEL PURSUANT TO FRCP 41(a)(i)

Plaintiffs hereby dismiss all claims against defendant Kelly Wirfel without prejudice.[1]

Date: December 30, 2021    Respectfully submitted,

                              */s/ AJ Fluehr*

                            Alfred Joseph Fluehr, Esquire
                            FRANCIS ALEXANDER LLC
                            280 N. Providence Road, Suite 1
                            Media, PA 19063

---

[1] In respect of, and with deference to, the Court's December 6, 2021 (Doc. No. 57) Opinion, Plaintiffs will be filing a non-contingent motion for leave to amend, with a proposed amended complaint attached, early in the new year, that is consistent with the Court's direction, and which will also not name Ms. Wirfel.

        T: (215) 341-1063
        T: (215) 500-1000
        F: (215) 500-1005
        E: aj@francisalexander.com
        *Attorney for Plaintiffs - Pro Hac Vice*

**CERTIFICATE OF SERVICE**

      I hereby certify that I served a copy of Plaintiffs' Notice of Dismissal on Defendant Nettleton's counsel via ECF and the Pro Se Defendants via email and First Class USPS:

Andrew Michael Bonderud
THE BONDERUD LAW FIRM, PA
301 W. Bay Street #1433
Jacksonville, FL 32202
T: (904) 438-8082
F: (904) 800-1482
E: bonderudlaw@gmail.com
*Attorney for Defendant John Nettleton*

LARA M. SABANOSH
9741 Quail Hollow Blvd.
Pensacola, FL 32514
T: (904) 302-4877
E: lmsabanosh@gmail.com
*PRO SE*

KELLY WIRFEL
932 Lake Thrasher Drive
Chesapeake, VA 23320
T: (757) 677-6642
E: Kelly.wirfel@gmail.com
*PRO SE*

                                                      Respectfully submitted,

                                                      FRANCIS ALEXANDER, LLC
                                                      */s/ AJ Fluehr*
                                                      Alfred (AJ) Fluehr, Esquire
                                                      280 N. Providence Road | Suite 1
                                                      Media, PA 19063
                                                      T:  (215) 341-1063
                                                      T: (215) 500-1000
                                                      F:  (215) 500-1005
                                                      E:  aj@francisalexander.com
                                                      *Attorney for Plaintiffs*
                                                      *Pro Hac Vice*
                                                      */d/ December 30, 2021*